## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABUL KARIM, a.k.a. NURUL HUDA <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 26-717-JLH |

## [PROPOSED] CONSENT JUDGMENT REVOKING NATURALIZATION

The Court having considered the Complaint filed by the United States of America ("United States") against Defendant Abul Karim a.k.a. Nurul Huda ("Defendant") and having jurisdiction over this matter pursuant to 8 U.S.C. § 1451(a) and 28 U.S.C. §§ 1331 and 1345; Defendant having been advised by counsel; the parties having filed a Joint Motion for Entry of Consent Judgment; and Defendant having admitted that he illegally procured his naturalization as described in Count Three of the Complaint, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. The Joint Motion for Entry of Consent Judgment is GRANTED;

2. In accordance with the Joint Motion for Entry of Consent Judgment, judgement is ENTERED in favor of the United States and against Defendant on Count III and the remaining counts are DISMISSED AS MOOT;

3.    The Count FINDS and DECLARES that Defendant illegally procured his naturalization on May 5, 2005;

4.    The order admitting Defendant to U.S. citizenship is REVOKED and SET ASIDE, effective as of the original date of the order, May 5, 2005;

5.    Certificate of Naturalization No. 28941548, is CANCELED, effective as of the original date of the certificate, May 5, 2005;

6.    Defendant is forever RESTRAINED and ENJOINED from claiming any rights, privileges, benefits, or advantages under any document that evidences U.S. citizenship obtained as a result of his May 5, 2005 naturalization;

7.    Defendant shall, within 21 days of this Order, surrender and deliver his Certificate of Naturalization No. 28941548, any and all (valid or expired) U.S. passports, passport cards, and enhanced driver's licenses, and any other indicia of U.S. citizenship, as well as any copies thereof in his possession or control (and make good faith efforts to recover and then surrender any copies thereof that he knows are in the possession or control of others), to the United States Attorney General via counsel for the United States, Dylan J. Steinberg;

2

8.      The Parties, including Defendant personally, shall appear in person for a compliance hearing on __August 10_____, 2026, at __2:00__ _p.m., at which time Defendant must demonstrate that he has complied with this Judgment, unless Plaintiff has provided notice that Defendant has fully complied and this Judgment is satisfied, in which case such hearing will be canceled.

It is SO ORDERED, this __8th__ day of ___July_____, 2026

_____
Honorable Jennifer L. Hall
United States District Judge

3